1  **JAMES M. CHAVEZ**
   California State Bar No. 255766
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California 92101-5030
   Telephone (619) 234-8467
4  Facsimile (619) 687-2666
   james_chavez@fd.org
5
6  Attorneys for Mr. Cifuentes
7
8                    UNITED STATES DISTRICT COURT
9                 FOR THE SOUTHERN DISTRICT OF CALIFORNIA
10                    **(HONORABLE IRMA E. GONZALEZ)**

| | |
|---|---|
| 11  UNITED STATES OF AMERICA, | Case No. 08cr1286-IEG |
| 12          Plaintiff, | |
| 13  v. | |
| 14  **BENEDICTO ANTHONY CIFUENTES,** | **NOTICE OF APPEARANCE** |
| 15          Defendant. | |

17       Pursuant to implementation of the CM/EMF procedures in the Southern District of California,
18  James M. Chavez, Federal Defenders of San Diego Inc., files this Notice of Appearance as lead attorney,
19  replacing Linda Lopez, in the above-captioned case.

20                                              Respectfully submitted,

21  Dated: July 1, 2008                         *s/ James M. Chavez*
                                                Federal Defenders of San Diego, Inc.
22                                              *james_chavez@fd.org*