**JAMES M. CHAVEZ**
California State Bar No. PENDING
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone (619) 234-8467
Facsimile (619) 687-2666
james_chavez@fd.org

Attorneys for Mr. Cifunetes

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE IRMA E. GONZALEZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08CR1286-IEG |
| Plaintiff, ) | |
| v. ) | **PROOF OF SERVICE** |
| **BENEDICTO ANTHONY CIFUENTES**, ) | |
| Defendant. ) | |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

**UNITED STATES ATTORNEY**
efile.dkt.gc1@usdoj.gov,

Dated: July 1, 2008    s/ *James M. Chavez*
JAMES M. CHAVEZ
Federal Defenders of San Diego, Inc.,
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
e-mail: james_chavez@fd.org